Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888

In re:
FRANCISCO HERNANDEZ
YAHAIRA HERNANDEZ

Case No. 09-34974
Account No.  7629

SETERUS INC
PO BOX 4128
BEAVERTON, OR  97076-4128

FRANCISCO HERNANDEZ
YAHAIRA HERNANDEZ
76 SHERIDAN ST
ELGIN, IL  60123

JAMES A YOUNG & ASSOC
47 DUPAGE CT
ELGIN, IL  60120

### NOTICE OF WITHDRAWAL OF NOTICE OF CURE UNDER PARAGRAPH B(2)(b)

Please take notice that the Notice of Cure under Paragraph B(2)(b) was sent in error on **February 13, 2012**.

/S/  Marifran Smith

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

### NOTICE OF MOTION AND CERTIFICATE OF SERVICE

I certify that this office caused a copy of this notice to be delivered to the above listed parties by depositing it in the U.S. Mail at 801 Warrrenville Road, Suite 650,, Lisle, IL on **February 17, 2012**.

/S/  Marifran Smith

For:  Glenn Stearns, Chapter 13 Trustee, Standing Trustee

Glenn Stearns, Chapter 13 Trustee
801 Warrenville Road, Suite 650
Lisle, IL  60532-4350
Ph:  (630) 981-3888